# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JAMEEL IBRAHIM,** <br><br> **Plaintiff,** <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, et al.,** <br><br> **Defendants.** | Civ. No. 18-10023 (KM) (MAH) <br><br> **ORDER** |

This matter having been opened to the Court on the motion of the defendants to dismiss the complaint for lack of subject-matter jurisdiction (DE 16) and the motion of the plaintiff, Jameel Ibrahim, for entry of a default judgment (DE 21); and the Court having reviewed the moving, responding, and reply submissions (DE 16, 17, 18, 19, 21, 22, 23) and decided the matter without oral argument; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

IT IS this 26th day of April, 2019

ORDERED that the motion (DE 16) of the defendants to dismiss the complaint for lack of subject-matter jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(1), is GRANTED; and it is further

ORDERED that the motion (DE 21) of the plaintiff, Jameel Ibrahim, for entry of a default judgment, pursuant to Fed. R. Civ. P. 55, is DENIED.

*/s/ Kevin McNulty*
**KEVIN MCNULTY**
**United States District Judge**